UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| LARRY FLENOID, | ) | |
|---|---|---|
| Movant, | ) | |
| v. | ) | No. 4:15CV1689 RWS |
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before me on Larry Flenoid's motion to vacate under 28 U.S.C. § 2255. This is his third § 2255 motion challenging his convictions for escape from custody and felon in possession of a firearm. *See Flenoid v. United States*, 4:07CV0008 RWS (E.D. Mo.); *Flenoid v. United States*, 4:15CV1444 RWS (E.D. Mo.). He has not received permission from the Court of Appeals to file a successive motion. *See* 28 U.S.C. § 2255(h). As a result, the motion is summarily denied. *See* 28 U.S.C. § 2255 Rule 4.

Accordingly,

**IT IS HEREBY ORDERED** that Larry Flenoid's motion to vacate under 28 U.S.C. § 2255 is **DENIED**, and this action is **DISMISSED**.

An Order of Dismissal will be filed separately.

Dated this 13th day of November, 2015.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE