UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY FLENOID, | )<br>) |
| Movant, | )<br>) |
| v. | ) No. 4:15CV1689 RWS<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

Larry Flenoid moves for reconsideration of the Court's denial of his motion to vacate. Movant has not presented any meritorious grounds for reconsideration. Additionally, this action is one in a series of frivolous cases regarding movant's criminal penalties. As a result, the motion is denied with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for reconsideration [ECF No. 6] is **DENIED with prejudice.**

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 15th day of December, 2015.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE